AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scalia, Antonin | Supreme Court of the U.S. | 08/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Supreme Court of the U.S.<br>One First Street, N.E.<br>Washington, D.C. 20543 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Member | U.S. Association of Constitutional Law |
| 2. Advisory Board Member | Temple University Law School Program in People's Republic of China |
| 3. Trustee | Trust #1 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED Aug 14 10 59 AM '06 FINANCIAL

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Ave Maria School of Law - teaching | $ 2,500 |
| 2. 2005 | University of Denver Sturm College of Law - teaching | $ 7,500 |
| 3. 2005 | Vanderbilt University Law School - teaching | $ 8,000 |
| 4. 2005 | Chapman University School of Law - teaching | $ 3,500 |
| 5. 2005 | Institute on Religion and Public Life - compensation for book review for First Things | $ 400 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American College of Trial Lawyers | Sept. 27-28 - Boston, MA, Conference w/ Law Lords/Transportation, Food, and Lodging |
| 2. Ave Maria School of Law | Jan. 25-26 - Ann Arbor, MI, Teaching/Transportation, Food, and Lodging |
| 3. Chapman University School of Law | Aug. 28-29 - San Diego, CA, Teaching/Transportation, Food |
| 4. Columbus Citizens Foundation | Oct. 8-10 - New York, NY, Awards Ceremony and Parade/Transportation, Food, and Lodging |
| 5. Federalist Society | June 4 - Napa, CA, Speech/Transportation, Food, and Lodging |
| 6. Federalist Society | Sept. 28-Oct. 1 - Denver, CO, Lectures/Transportation, Food, and Lodging |
| 7. George Bush Presidential Library Foundation | May 5 - College Station, TX, Speech/Trasportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

| | |
|---|---|
| 8. Historical Society of the U.S. District Court for the Eastern District of PA | May 24 - Philadelphia, PA, Speech/Transportation, Food, and Lodging |
| 9. Houston Inns of Court | May 4 - Houston, TX, Speech/Transportation, Food, and Lodging |
| 10. Julliard School | Sept. 22 - New York, NY, Speech/ Transportation, Food, and Lodging |
| 11. Knights of Columbus, Baton Rouge Chapter | Jan. 21-22 - Baton Rouge, LA, Speech/Transportation, Food, and Lodging |
| 12. Mentor Group | Sept. 12-17 - Rome, Italy, Conference/Transportation, Food, and Lodging |
| 13. Mentor Group | Oct. 28-29 - New York, NY, Ends of the Earth Annual Dinner/Transportation, Food, and Lodging |
| 14. Michigan Inns of Court | May 18 - Lansing, MI, Speech/Transportation, Food |
| 15. National Italian American Foundation | May 8-15 - Rome, Italy and Palermo, Sicily, Speeches/Transportation, Food, and Lodging |
| 16. National University of Ireland, Galway | Feb. 7-10 - Galway, Ireland, Lecture/Transportation, Food, and Lodging |
| 17. New York University School of Law | April 12 - New York, NY, Speech and Awards Ceremony/Transportation, Food, and Lodging |
| 18. Roman Catholic Diocese of Louisiana | April 7-8 - Shreveport, LA, Speech/Transportation, Food |
| 19. Time Warner | Nov. 21 - New York, NY, Speech/Transportation, Food, and Lodging |
| 20. Trinity College, Melbourne | Oct. 20-24 - Melbourne, Australia, Conference/Transportation, Food, and Lodging |
| 21. University of Denver Sturm College of Law | March 4-8 - Denver, CO, Teaching/Transportation, Food, and Lodging |
| 22. University of Kansas School of Law | July 3-14 - Istanbul, Turkey, Teaching/Transportation, Food, and Lodging |
| 23. Vanderbilt University Law School | April 10-11 - Nashville, TN, Teaching/Transportation, Food, and Lodging |
| 24. Washington & Lee University School of Law | April 14-15 - Lexington, VA, Speech/Transportation, Food, and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Washington Golf and Tennis Club | Honorary Membership | $ 4,000 |
| 2. University Club | Honorary Membership | $ 1,500 |
| 3. Sidney Shiff, Limited Editions Club | Art book of Cosi fan Tutte | $ 1,000 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. NW Mutual Life Insurance Company | Loan on insurance | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | D | Interest | M | T | sell | 08/09 | O | G | |
| 2. Chevy Chase Bank Account | A | Interest | J | T | | | | | |
| 3. American Funds Growth Fund of America A (AGTHX) | A | Dividend | L | T | buy | 02/01 | J | | |
| 4. | | | | | buy | 08/25 | J | | |
| 5. America Funds Investment Company of America A (AIVSX) | B | Dividend | K | T | buy | 02/01 | J | | |
| 6. | | | | | buy | 08/25 | J | | |
| 7. American Funds Fundamental Investors A (ANCFX) | A | Dividend | K | T | buy | 02/01 | J | | |
| 8. | | | | | buy | 08/25 | J | | |
| 9. American Funds New Perspective Fund (ANWPX) | C | Dividend | K | T | buy | 02/01 | J | | |
| 10. | | | | | buy | 08/25 | J | | |
| 11. | | | | | buy | 10/26 | J | | |
| 12. American Funds Washington Mutual Investors Fund A (AWSHX) | A | Dividend | K | T | | | | | |
| 13. Enterprise Money Market Fund (Enterprise Mgmnt Fund) | A | Dividend | | | sell | 06/06 | K | | |
| 14. American Funds Intermediate Bond Fund of America A (AIBAX) | A | Dividend | K | T | buy | 02/01 | J | | |
| 15. American Funds AMCAP Fund A | A | Dividend | K | T | buy | 08/25 | J | | |
| 16. | | | | | buy | 10/26 | J | | |
| 17. American Funds U.S. Government Securities Fund A | A | Dividend | K | T | buy | 10/26 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds American High Income Trust A | A | Dividend | K | T | buy | 08/25 | J | | |
| 19. | | | | | buy | 10/26 | K | | |
| 20. American Funds American Mutual Fund Class A | B | Dividend | L | T | buy | 02/01 | J | | |
| 21. | | | | | buy | 08/25 | J | | |
| 22. | | | | | buy | 10/26 | K | | |
| 23. American Funds Bond Fund of America A | A | Dividend | K | T | buy | 08/25 | J | | |
| 24. | | | | | buy | 10/26 | K | | |
| 25. American Funds Capital Income Builder A | A | Dividend | K | T | buy | 08/25 | J | | |
| 26. | | | | | buy | 10/26 | K | | |
| 27. American Funds Capital World Bond Fund A | A | Dividend | K | T | buy | 08/25 | J | | |
| 28. | | | | | buy | 10/26 | K | | |
| 29. American Funds Capital World Growth & Income Fund A | B | Dividend | K | T | buy | 08/25 | J | | |
| 30. | | | | | buy | 10/26 | K | | |
| 31. American Funds Income Fund of America A | A | Dividend | J | T | buy | 02/01 | J | | |
| 32. Federated Capital Reserves money market fund | A | Dividend | J | T | buy | 06/07 | J | | |
| 33. Pershing Government Account money market fund | D | Dividend | N | T | buy | 06/07 | J | | |
| 34. | | | | | buy | 08/11 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | buy | 08/15 | N | | |
| 36. | | | | | part redeem | 08/30 | M | | |
| 37. | | | | | part redeem | 10/31 | M | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. TRUST #1 | C | Interest | | | | | | | |
| 53. -U.S. Treasury Notes | | | | | See Pt. VIII | 02/11 | | | |
| 54. -GNMA Pass Thru Pool Securities | | | | | See Pt. VIII | 02/11 | | | |
| 55. -Treasury Bank CD | | | | | See Pt. VIII | 02/11 | | | |
| 56. -First Bank PR CDs | | | | | See Pt. VIII | 02/11 | | | |
| 57. -Bank of NY CD | | | | | See Pt. VIII | 02/11 | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TRUST #2 | D | Dividend | O | T | | | | | |
| 70. -ML Bd Fd Core Bd Pt A | | | | | | | | | |
| 71. -ML Bond Fd Core Bd Pt F | | | | | buy add'l | 01/04 | K | | |
| 72. | | | | | partial sale | 03/11 | J | | |
| 73. -ML Basic Value Fd Cl A | | | | | | | | | |
| 74. -ML Basic Value Fd Cl I | | | | | buy add'l | 01/04 | K | | |
| 75. -ML Equity Dividend Cl B | | | | | partial sale | 03/11 | K | D | |
| 76. -ML Fundamental Growth A | | | | | | | | | |
| 77. -ML Fundamental Growth I | | | | | buy add'l | 01/04 | J | | |
| 78. -ML Global Allocation A | | | | | | | | | |
| 79. -ML Global Allocation I | | | | | | | | | |
| 80. -ML Global Financial Svc | | | | | buy | 03/10 | N | | |
| 81. -ML Global Smallcap Cl I | | | | | | | | | |
| 82. -ML Large Cap Core | | | | | buy add'l | 01/04 | K | | |
| 83. | | | | | buy add'l | 03/11 | K | | |
| 84. -ML Short Term U.S. | | | | | partial sale | 02/10 | J | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Trust #1

This was an inter vivos trust for which the filer served as trustee. Following the trustor's death in 2004, the filer sold and otherwise distributed all reportable assets to the named beneficiaries in 2005, per the terms of the trust.

The Fleet and Chevy Chase bank accounts are no longer reportable.

Trust #2

Please note the following:

Mercury Intl Fd Cl B is now known as ML Intl Value B.
Mercury U.S. Large Cap is now known as ML U.S. Large Cap.
ML Equity Income A is now known as ML Equity Dividend Cl A.
ML Equity Income B is now known as ML Equity Dividend Cl B.
Part VII, page 3, line 3 (2004), add lines 5 and 21 (2003), Col. D(1), add the word "partial."
Part VII, page 3, line 7 (2004), add the letter "B" to the description in Column A.

| Name of Person Reporting | Date of Report |
|---|---|
| Scalia, Antonin | 08/08/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____  Date___8/VIII/06___

NOTE: ANY INDIVIDUAL WHO [ ] ND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544